# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. ~~04-cv-0217-WYD-PAC~~  04-cv-00217-WyD-PAC

ESTATE OF RICHARD BARALLA, By Richard Baralla R., and Molly Baralla as Personal Representatives,
RICHARD BARALLA, Sr. as parent and Personal Representative,
MOLLY BARALLA, as parent and Personal Representative,

Plaintiffs,

vs.

PHILLIP HARTMAN,
M. CANTIN,
DUSTIN DODGE,
ANDREW S. BRAUN,
JAMES BILLINGS, JR.,
JOHN DOE LAW ENFORCEMENT OFFICERS 1-10, each in his or her individual and official capacity; an d
THE CITY OF PUEBLO, COLORADO.
Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

**THIS MATTER**, having come before the Court, the Court having reviewed the Motion [August 25, 05] to Withdraw as Counsel and the file, having considered said Motion, and being fully advised in the premises, the Court hereby:

**FINDS THAT** good cause exists for the Motion to Withdraw and **ORDERS** that the Motion to Withdraw as Counsel is **GRANTED**. Seth A. Rider is permitted to withdraw as counsel of record in this matter. Thomas S. Rice will continue to represent **CITY OF PUEBLO, PHILLIP HARMAN, MATHIEU CANTIN, DUSTIN DODGE, ANDREW BRAUN, and JAMES BILLINGS, JR.** as counsel of record.

Dated this 26th day of August, 2005

By the Court:

s/ Patricia A Coan
~~District Court Judge Wiley Y. Daniel~~
Patricia A Coan
Magistrate Judge

00193981