IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-00217-WYD-PAC

ESTATE OF RICHARD BARALLA, By Richard Baralla, Sr. and Molly Baralla as Personal Representatives;
RICHARD BARALLA, SR., as parent and Personal Representative; and
MOLLY BARALLA, as parent and Personal Representative,

    Plaintiffs,

v.

PHILLIP HARTMAN;
M. CANTIN;
DUSTIN DODGE;
ANDREW S. BRAUN;
JAMES BILLINGS, JR.;
JOHN DOE LAW ENFORCEMENT OFFICERS 1-10, each in his or her individual and official capacity; and
THE CITY OF PUEBLO, COLORADO,

    Defendants.

_____

**ORDER**
_____

    THIS MATTER is before the Court on the parties' Stipulations for Dismissal with Prejudice (#80 and #81), filed December 1, 2005.  The first Stipulation for Dismissal with Prejudice (#80) asks that Plaintiffs' Complaint and any Amended Complaints against Defendants Phillip Hartman, Mathieu Cantin, Dustin Dodge, Andrew S. Braun, James Billings, Jr., and all John Doe Law Enforcement Officers be dismissed with prejudice.  The second Stipulation for Dismissal with Prejudice (#81) asks that Plaintiffs' Complaint and any Amended Complaints against Defendant City of Pueblo be dismissed with prejudice.  Having reviewed the Stipulations and being otherwise fully

advised, it is

ORDERED that the Stipulation for Dismissal with Prejudice (#80) is **GRANTED**. It is

FURTHER ORDERED that the Stipulation for Dismissal with Prejudice (#81) is **GRANTED**. It is

FURTHER ORDERED that the claims and causes of action asserted against Defendants Phillip Hartman, Mathieu Cantin, Dustin Dodge, Andrew S. Braun, James Billings, Jr., and all John Doe Law Enforcement Officers are **DISMISSED WITH PREJUDICE**, each side to bear his or her own attorneys' fees and costs. It is

FURTHER ORDERED that the claims and causes of action asserted against Defendant City of Pueblo are **DISMISSED WITH PREJUDICE**, each side to bear his or her own attorneys' fees and costs. It is

FURTHER ORDERED that because there are no claims remaining against any party, this case is **DISMISSED IN ITS ENTIRETY**. It is

FURTHER ORDERED that the Hearing on Defendants' Motion to Exclude Testimony of Expert Witness Pursuant to FED. R. EVID. 104 scheduled for Wednesday, January 18, 2006, at 3:00 p.m. is **VACATED**. It is

FURTHER ORDERED that the Final Trial Preparation Conference and five-day jury trial respectively scheduled for Wednesday, February 1, 2006, and February 27 through March 3, 2006, are **VACATED**.

Dated: December 1, 2005

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge